IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| | § |
| v. | § CASE NUMBER 1:07-CR-33 |
| | §  JUDGE MICHAEL TRUNCALE |
| | § |
| EDWARD MCDONALD | § |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Pending before the undersigned is the Defendant, Edward McDonald's, *Pro Se Motion for Compassionate Release* pursuant to 18 U.S.C. § 3582(c)(1)(A) [dkt. #87]. Pursuant to 28 U.S.C. § 636(b), the Local Rules for the United States District Court for the Eastern District of Texas, and a specific referral order [dkt. #91], this motion was referred to United States Magistrate Judge Zack Hawthorn. Judge Hawthorn issued a report recommending that McDonald's motion be denied. [Dkt. #92.] McDonald filed timely objections to the report. [Dkt. #93.]

The Court conducted a *de novo* review of the briefing in this case, the applicable law, and the Defendant's objections. *See* FED. R. CRIM. P. 59(b); 28 U.S.C. § 636(b)(1)(C). After careful consideration, the court finds that the magistrate judge's findings of fact and conclusions of law are correct. Accordingly, it is

ORDERED that McDonald's Objections [dkt. #93] are OVERRULED, the magistrate judge's report and recommendation [dkt. #92] is ADOPTED, and the *Pro Se Motion for Compassionate Relief* [dkt. #87] is DENIED.

**SIGNED this 24th day of April, 2025.**

Michael J. Truncale
United States District Judge